# Poli, Nicholas

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Tuesday, March 25, 2025 6:28 PM
**To:** Poli, Nicholas
**Cc:** Ansbro, John
**Subject:** Re: Blackburn v. We Serve Law, et al. - Case Caption Correction

**[EXTERNAL]**

Sure. Will do so.

> On Mar 25, 2025, at 6:26 PM, Poli, Nicholas <npoli@orrick.com> wrote:
>
> Counsel,
>
> I write regarding an issue with the case caption and party names in this litigation. As you may be aware, both We Serve Law LLC and Lexitas are not proper parties—they are trade names or d/b/a names. The proper party is "Deposition Solutions, LLC d/b/a Lexitas and We Serve Law."
>
> We would appreciate if you could take steps to amend the case caption accordingly. I'm happy to meet and confer to discuss.
>
> Defendants reserve all rights.
>
> Thanks,
> Nick
>
> **Nick Poli**
> Partner
>
> Orrick
> New York    <image001.jpg>
> T 212 506 3788
> M 914 479 2074
> npoli@orrick.com
>
> <image002.png>

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

2