# Exhibit A



| | We Serve Law LLC | −$265.00 |
|---|---|---|
| | April 5, 2024 . Invoice paid | |

**Paid with**

Chase Sapphire Preferred
(VISA Credit Card x-0654)
You'll see "PAYPAL *WESERVE" on your card statement.

**Transaction ID**

9YU267237F128793Y

**Seller info**

$265.00  We Serve Law LLC
800-637-1805
info@weservelaw.com

**Purchase details**

| Service Fee<br>Service of Process<br>UNITED PARCEL SERVICE GENERAL SERVICES CO. C/O CORPORATION SERVICE COMPANY 80 STATE STREET ALBANY, NY 12207 | $100.00 |
|---|---|
| Service Fee<br>Personal Service | $25.00 |
| Service Fee<br>Printing Fee | $80.00 |
| Service Fee<br>Travel Service Fee | $40.00 |
| Amount | $265.00 |
| Total | $265.00 |



# INVOICE

**We Serve Law**

Website: www.weservelaw.com

**Invoice No#**: 388453
**Invoice Date**: Apr 5, 2024
**Due Date**: Apr 5, 2024

PAID

$0.00
**AMOUNT DUE**

**BILL TO**
TB********@TABLACKBURNLAW.COM

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | Service Fee<br>Service of Process UNITED PARCEL SERVICE GENERAL SERVICES CO. C/O CORPORATION SERVICE COMPANY 80 STATE STREET ALBANY, NY 12207 | 1 | $100.00 | $100.00 |
| 2 | Service Fee<br>Personal Service | 1 | $25.00 | $25.00 |
| 3 | Service Fee<br>Printing Fee | 1 | $80.00 | $80.00 |
| 4 | Service Fee<br>Travel Service Fee | 1 | $40.00 | $40.00 |

|  |  |
|---|---|
| Subtotal | $245.00 |
| Shipping | $0.00 |
| Processing Fee | $20.00 |
| **TOTAL** | **$265.00 USD** |
| Amount paid | $265.00 |
| **AMOUNT DUE** | **$0.00 USD** |

**NOTES TO CUSTOMER**

We appreciate your business and look forward to serving you again soon.