ffalse

# Exhibit B

**From:** We Serve Law LLC info@weservelaw.com 📎
**Subject:** Re: New Serve - TBLACKBURN@TABLACKBURNLAW.COM
**Date:** April 5, 2024 at 10:00 PM
**To:** TBLACKBURN TBLACKBURN@tablackburnlaw.com

Hello Tyrone,

We are in receipt of the documents, 217 pages to be served on:

**UNITED PARCEL SERVICE GENERAL SERVICES CO.**
**C/O CORPORATION SERVICE COMPANY**
**80 STATE STREET**
**ALBANY, NY 12207**

Here is a link to the invoice: https://www.paypal.com/invoice/p/#92WP7XHWH6E5424D
As soon as it's paid we will dispatch for prompt service.

We will update you upon completion of service and a copy of the notarized affidavit of service will be emailed and the original mailed to you.

Any questions, please do not hesitate to ask.

Thank you,



### We Serve Law LLC

Nationwide Legal Services

**p:** 800-637-1805

**w:** weservelaw.com

**e:** info@weservelaw.com

On Fri, Apr 5, 2024 at 9:53 PM TBLACKBURN <noreply@123formbuilder.com> wrote:

| | |
|---|---|
| **Name** | TYRONE ANTHONY BLACKBURN |
| **Email** | TBLACKBURN@TABLACKBURNLAW.COM |
| **Service** | Priority $100 |
| **Name and Address of Person or Entity to be Served** | UNITED PARCEL SERVICE GENERAL SERVICES CO.<br>C/O CORPORATION SERVICE COMPANY<br>80 STATE STREET<br>ALBANY, NY, 12207 |
| **Special Instructions** | |
| **File Upload** | https://app.123formbuilder.com/upload_dld.php?fileid=d075f8c9975008d277bc73fde1ced2d0 |

The message has been sent from 70.15.18.89 (United States) at 2024-04-05 21:53:04 on Chrome 123.0.0.0
Entry ID: 15144

    

Filed Case. 503173...T_1.pdf   Daniel Moyel-...T_1.pdf   Filed Compl...T_1.pdf   Fari Murray...T_1.pdf   Daniel Moyel-...T_1.pdf