Exhibit C

## SWORN AFFIDAVIT

STATE OF FLORIDA

COUNTY OF BROWARD    :SS:

I, ALEXANDER VAYS, being duly sworn, deposes and says as follows:

1. I am of sound mind, over eighteen (18) years of age, fully competent to make this Affidavit and to testify to the matters stated in this Affidavit.
2. This Affidavit is based upon my review of records and personal knowledge.
3. I am a Vice President at We Serve Law.
4. We Serve Law is a subsidiary company owned by Lexitas.
5. On April 5, 2024, T. A. Blackburn Law, PLLC. ("Law Firm") retained We Serve Law to complete service of process of the Demand For Jury Trial, Civil Complaint (Roy Welsh, Daniel Moyle, Travis Steele, Fari Murray), and Daniel Moyle, et al., Class Action Complaint Under N.Y. CPLR § 901, Certificate Of Merit, Attorney Verification ("Service Documents") upon United Parcel Service General Services CO. C/O Corporation Service Company at 80 State Street, Albany, NY 12207. The Law Firm requested priority service, which should have been completed within 1-3 business days. The latest being April 7, 2024.
6. On April 5, 2024, a receipt was sent to the Law Firm, confirming receipt of the order. In that receipt, we informed the Law Firm that upon receipt of payment, we would dispatch the document for service and forward the affidavit of service.
7. On April 5, 2024, we received payment from the Law Firm for this service.
8. Upon receipt of this payment, we dispatched the order for service to a third-party process server in Albany, New York. The Law Firm was not aware of this.
9. The third-party process server confirmed receipt of the dispatched documents and confirmed service would be complete within 2 days. At this time, a notarized affidavit of service would be emailed to We Serve Law. We would also receive the originals in the mail so we can then forward them to the Law Firm.

1

10. It is my understanding that the law firm was under the impression that the service was completed. We failed to notify the Law Firm that service was not completed by the deadline of April 7, 2024.

11. On May 1, 2024, the Law Firm contacted We Serve Law for a copy of the affidavit of service. We then contacted the third-party process server for a copy of the affidavit of service.

12. Receiving the Affidavit of Service late is normal, as process servers sometimes forget to email the affidavits or the affidavit gets lost in the mail.

13. According to We Serve Law records, the third-party process server sent a Service of Process affidavit indicating that Service of Process was not completed until May 2, 2024. See attached Affidavit of Service as Exhibit "A."

14. This service delay was not the fault of the law firm, as they were unaware that the service was not completed on April 7, 2024, as they were made to believe based on the order confirmation.

15. According to the third-party process server, the delay in serving the process was due to a clerical error. While the documents were sent to the server for service on April 5, 2024, service was not completed within 1-3 business days, as requested by, and as expressed to the law firm.

I affirm this 7th day of June, 2024 under penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Alexander Vays_ (signature)

Alexander Vays