# Exhibit D

WESERVELAW   SERVICES   ORDER   FAQ   BLOG   CONTACT   |   800-637-1805   |   info@weservelaw.com

### Court Filing

Timely delivery and filing of your legal documents complete with confirmations and status updates.



### Disclaimer

Service directions and instructions are the responsibility of the entity or individual making the request. We are not responsible or liable for any directions, instructions or omissions which are not included in the original service request. Each order comes with 3 diligent attempts. Each address is a separate charge. Standard service implies the first attempt normally in 3-5 business days. Priority service implies the first attempt normally in 1-3 business days. Next day service implies the first attempt normally the next business day. Additional rates may apply as noted on the pricing page. We reserve the right to refuse service to anyone for any reason. All orders cancelled prior to dispatching for service are subject to a 50% cancellation fee. Processing fee is not refundable for any cancelled orders. There are no refunds once the order has been dispatched for service.

SERVICES                            WE SERVE LAW

ORDER                               PRICING

FAQ                                 OUR MISSION

DOMESTICATE SUBPEONA                SERVICE AREA

CONTACT                             GET A FREE QUOTE

© 2012-2023 We Serve Law LLC All Rights Reserved. Terms of Service.

Hello, do you need documents served?