**Poli, Nicholas**

---

| | |
|---|---|
| **From:** | Poli, Nicholas |
| **Sent:** | Wednesday, April 23, 2025 11:33 AM |
| **To:** | Tyrone Blackburn |
| **Cc:** | Roytenberg, Ari |
| **Subject:** | T.A. BlackburnLaw, PLLC, Tyrone A. Blackburn, and Fari Murray v. Deposition Solutions, LLC, et al. - 1:25-cv-1355 (E.D.N.Y.) |
| **Importance:** | High |

Counsel,

We write regarding the summons issued to defendant John Habermehl (ECF No. 25), which lists Mr. Habermehl's address as 52 Graw Road Nassau, NY 12123.  We have independently researched Mr. Habermehl's address and identified the same place of residence.  Setting aside our forthcoming motion to dismiss arguments, Mr. Habermehl's New York address destroys any argument for diversity jurisdiction in this matter given that you, your firm, and Ms. Murray are also citizens of New York.

We accordingly demand that you dismiss this litigation no later than COB today as there is no basis to be in federal court.  If you do not dismiss this litigation by COB today, we will apprise the Court and seek immediate dismissal.

I'm available if you would like to discuss.

Nick

**Nick Poli**
Partner

Orrick
New York  Ⓥ
T 212 506 3788
M 914 479 2074
npoli@orrick.com

