

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY, DC & NJ BAR

FEDERAL MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

April 25, 2025

Hon. Joseph A. Marutollo, USMJ
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re**: Plaintiffs' Notice of Voluntary Dismissal Without Prejudice
*Blackburn et al. v. Deposition Solutions, LLC d/b/a Lexitas et al.*, 25-cv-1355 (EK)(JAM)

Dear Judge Marutollo:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs T.A. Blackburn Law, PLLC, Tyrone A. Blackburn, and Fari Murray respectfully file this notice of voluntary dismissal without prejudice as to all claims and all Defendants in the above-captioned action.

Plaintiffs intend to immediately refile this action in the Supreme Court of the State of New York, Kings County, upon the Court's entry of dismissal, where venue, jurisdiction, and procedural posture will better serve the interest of judicial economy and access to relief. As an aside, and to clarify the record, public records from the New Jersey Department of the Treasury, Division of Revenue and Enterprise Services confirm that We Serve NJ LLC is an active New Jersey limited liability company, operating under alternate trade names including We Serve Law, LLC, with a registered business ID of 0400581051.

This clarification is intended to avoid any future dispute regarding the proper party identity and to ensure continuity in any related state court proceedings.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Tyrone A. Blackburn
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC

Cc: All counsel of record via ECF

