**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| T.A. Blackburn Law, PLLC,<br>Tyrone A. Blackburn, and<br>Fari Murray,<br>                   Plaintiffs<br>-against-<br><br>Deposition Solutions, LLC D/B/A Lexitas ("Lexitas"),<br>We Serve Law, LLC ("WSL"),<br>Alexander Vays ("Vays"), And<br>John Habermehl,<br>                   Defendants | CASE NUMBER: 25-1355<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

      PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's T.A. Blackburn Law, PLLC, Tyrone A. Blackburn, and Fari Murray, by and through undersigned counsel, hereby voluntarily dismisses this action **WITHOUT PREJUDICE** as to Defendants Deposition Solutions, LLC D/B/A Lexitas ("Lexitas"), We Serve Law, LLC ("WSL"), Alexander Vays ("Vays"), and John Habermehl.

      This notice is submitted prior to service of an answer or a motion for summary judgment by either of these Defendants. Accordingly, this dismissal is made without prejudice and without need for a court order under Rule 41(a)(1)(A)(i).

      This dismissal does not affect Plaintiff's claims against the remaining Defendants in this action.

Dated: April 25, 2025
New York, New York
                                                                                */s/Tyrone A. Blackburn, Esq.*
                                                                                  Tyrone A. Blackburn, Esq.
                                                                                  T. A. Blackburn Law, PLLC